IT IS SO ORDERED.

Dated:  12:56 PM  July 24 2013

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | Nadine A. DeSimone ) | Case No. 13-50306 |
| | ) | |
| | ) | Chapter 13 |
| | **Debtor** ) | |
| | ) | Judge Shea-Stonum |
| | ) | |
| | ) | **ORDER ON OBJECTION OF BASS &** |
| | ) | **ASSOCIATES PROOF CLAIM  #19** |

Upon the objection by the Debtor(s) to the Proof of Claim #19 filed by Bass & Associates for Capital One N.A./Best Buy and there having been no responsive filing within the time required, the Court finds as follows:

**IT IS HEREBY ORDERED,** that the claim shall be treated as totally unsecured.

###

DeSimone
Page 2

Respectfully Submitted,     Approved,


/s/ Ronald R. Stanley        /s/ Keith L. Rucinski
Ronald R. Stanley, Esq.      Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0040766        Ohio Reg. No. 0063137
80 S. Summit Street #210     Joseph A. Ferrise, Staff Attorney
Akron, Ohio 44308            Ohio Reg No. 0084477
(330) 253-8600               One Cascade Plaza #2020
(330)253-8688 Fax            Akron, Ohio 44308
rstanley@ohiolegalclinic.com Tel (330)762-6335
                             Fax (330)762-7072
                             krucinski@ch13akron.com
                             jferrise@ch13akron.com


## CERTIFICATE OF SERVICE

This certifies that true and correct copies of the Order for Objection to Proof of Claim #19 in the within case were served:
Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List on:
Chapter 13 Trustee Keith Rucinski, Esq. at efilings@ch13akron.com
US Trustee's Office at (Registered address)@usdoj.gov
Debtor's Attorney, Ronald R. Stanley at rstanley@ohiolegalclinic.com
And by 1st Class U.S. mail on:

**Debtor(s):**
Ms. Nadine A. DeSimone
73 Henigan Avenue
Barberton, Ohio 44203

**Creditor**
Atten: Officer
Bass & Associates
3936 E. Ft. Lowell #200
Tucson, AZ 85712